JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5420FDB |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS' DEADLINE |
| JOHN F. MCNEW, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions' due date in this matter be continued to September 21, 2006.

DONE this 11th day of September, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
Linda R. Sullivan
Assistant Federal Public Defender

/s/
Gregory A. Gruber
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PRETRIAL MOTIONS' DEADLINE    1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**